IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAUDRIAN POWELL,<br><br>        Plaintiff,<br><br>   v.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>        Defendant. | CIVIL ACTION<br>NO. 13-5721 |

## ORDER

**AND NOW**, this 21st day of July 2014, upon consideration of the parties' Joint Statement of Undisputed Facts (Doc. No. 18), Defendant's Motion for Summary Judgment (Doc. No. 19), Plaintiff's Response in Opposition (Doc. No. 20), Defendant's Reply in Further Support of the Motion (Doc. No. 21), and all related filings and exhibits, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

    1.    Defendant's Motion for Summary Judgment (Doc. No. 19) is **GRANTED**.

    2.    The Clerk of Court shall close this case for statistical purposes.

                                                                 BY THE COURT:


                                                     /s/ Joel H. Slomsky
                                                     JOEL H. SLOMSKY, J.